VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347
Fax (650) 289-0636

Counsel for Si "Kevin" Truong

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SI "KEVIN" TRUONG<br><br>                Defendant. | No. CR 11-00847 RMW<br><br>STIPULATION RE CONTINUANCE OF SENTENCING DATE;<br>[] ORDER<br><br>Date: November 18, 2013<br>Time: 9:00 a.m.<br>Judge: Whyte |

It is hereby stipulated between the defendant Si "Kevin" Truong by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Jeffrey Schenk that the sentencing date of November 18, 2013, at 9:00 a.m. be continued to November 25, 2013, at 9:00 a.m. The reason for this continuance is that defense counsel needs additional time to complete the sentencing memorandum.

Probation Officer Benjamin Flores has been contacted about this continuance. He has no objection to the continuance and is available on November 25, 2013.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

| | | |
|---|---|---|
| 1 | It is so stipulated. | |
| 2 | Dated: November 13, 2013 | Respectfully submitted, |

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Si "Kevin" Truong

Dated: November 13, 2013         MELINDA HAAG
                                  UNITED STATES ATTORNEY


 /s/ Jeffrey Schenk
JEFFREY SCHENK
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[] ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | GOOD CAUSE BEING SHOWN, the sentencing date set for November 18, 2013 is continued to November 25, 2013, at 9:00 a.m. |
| 4 | DATED: |
| 5 | /s/ Ronald M. Whyte |
| 6 | RONALD M. WHYTE<br>SENIOR U.S. DISTRICT JUDGE |

STIPULATION RE CONTINUANCE;
[] ORDER